# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALTER J. SIMS, JR.**                                                         **PETITIONER**
**ADC #134577**

**v.**            **CASE NO: 5:12CV00458 BSM**

**RAY HOBBS, Director,**                                                   **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition [Doc. No. 3] submitted by United States Magistrate Judge Beth Deere and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT Walter Sims's petition for writ of habeas corpus [Doc. No. 2] is dismissed without prejudice for lack of jurisdiction. All pending motions are denied as moot.

Dated this 6th day of February 2013.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE